**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-1010**

———————

MARTINA CARROLL-GARRISON,

        Plaintiff - Appellant,

    v.

COMMANDER, UNITED STATES ARMY INSTALLATION MANAGEMENT
COMMAND; UNITED STATES OF AMERICA,

        Defendants – Appellees,

    and

STEPHEN A. MICHAEL, United States Office of Personnel
Management Agency and Veteran Support,

        Defendant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Liam O'Grady, District
Judge. (1:11-cv-00931-LO-TCB)

———————

Submitted: May 11, 2012         Decided: May 25, 2012

———————

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Martina Carroll-Garrison, Appellant Pro Se. Deirdre Gaudet Brou, Special Assistant United States Attorney, Alexandria, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martina Carroll-Garrison appeals the district court's order granting the motion to dismiss her complaint pursuant to Fed. R. Civ. P. 12(b)(1). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Carroll-Garrison v. Michael</u>, No. 1:11-cv-00931-LO-TCB (E.D. Va. Dec. 16, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>